# United States Court of Appeals
## For the First Circuit

_____

No. 24-1112

JOSE RENE ALVAREZ MENDOZA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

_____

**ORDER OF COURT**

Entered: February 7, 2024
Pursuant to 1st Cir. R. 27.0(d)

On February 2, 2024, Rights Behind Bars filed a motion for leave to file an amicus curiae brief along with its brief. As the parties have consented to the filing, the motion to file the amicus brief is unnecessary. See Fed. R. App. P. 29(a).

Further, the brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). In addition, Attorney Oren Nimni must file an appearance form required by 1st Cir. R. 12.0(a) and 46.0(a)(2). A corrected amicus brief and an appearance form must be filed no later than **February 14, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Andrew S. Dulberg
Jacob Tuttle Newman
Caroline Patterson
Oil
Nancy Pham
Oren Nimni